UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RICKEY LOUIS ALFORD,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **PATTON STATE HOSPITAL, et al,** ) <br> ) <br> Respondents. ) <br> _____ ) | Case No. CV 11-8746-MMM(AJW) <br><br> **JUDGMENT** |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: November 9, 2011

_____
Margaret M. Morrow
United States District Judge